IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:16CR168 |
| vs. | |
| BRANDON MIKESH, | ORDER |
| Defendant. | |

Defendant Brandon Mikesh appeared before the court on December 22, 2017 on a Second Amended Petition for Warrant or Summons for Offender Under Supervision [75]. The defendant was represented by Assistant Federal Public Defender Karen M. Shanahan, and the United States was represented by Assistant U.S. Attorney Patrick C. McGee. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before District Judge Robert F. Rossiter, Jr.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on December 29, 2017 at 9:30 a.m. Defendant must be present in person.

Dated this 22nd day of December, 2017.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge